IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JEFFREY W. CARPENTER,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-cv-769 |
| | § | |
| **TWIN CITY FIRE INSURANCE** | § | |
| **COMPANY,** | § | |
| *Defendant* | § | |

## INDEX OF DOCUMENTS FILED

1. Case Information Sheet

2. Plaintiff's Original Petition, filed March 9, 2023

3. Executed citation to Twin City Fire Insurance Company, filed March 14, 2023

4. Defendant Twin City Fire Insurance Company's Original Answer, filed April 3, 2023

5. Certificate of Interested Parties

6. Civil Information Sheet

7. Supplemental Civil Information Sheet

      Respectfully submitted,

      CHAMBERLAIN, HRDLICKA, WHITE,
      WILLIAMS & AUGHTRY

      By: */s/ Christine Kirchner*
         CHRISTINE KIRCHNER
         State Bar No. 00784403
         Steven J. Knight
         State Bar No. 24012975
         1200 Smith Street, Suite 1400
         Houston, Texas 77002
         (713) 658-1818



EXHIBIT A

## CERTIFICATE OF SERVICE

A true copy of the foregoing has been served on all attorneys of record by electronic services on April 11, 2023.

**GIBSON WILEY PLLC**
Amy E. Gibson
amy@gwfirm.com
David L. Wiley
david@gwfirm.com
1500 Jackson Street # 109
Dallas, Texas 75201

                                      */s/ Christine Kirchner*
                                      CHRISTINE KIRCHNER