# Case Information

CC-23-01483-C | JEFFREY W. CARPENTER vs. TWIN CITY FIRE INSURANCE COMPANY

| | | |
|---|---|---|
| Case Number<br>CC-23-01483-C | Court<br>County Court at Law No. 3 | Judicial Officer<br>MONTGOMERY, SALLY |
| File Date<br>03/09/2023 | Case Type<br>OTHER (CIVIL) | Case Status<br>OPEN |

# Party

**PLAINTIFF**
CARPENTER, JEFFREY W.

Active Attorneys
Lead Attorney
GIBSON, AMY E
Retained

**DEFENDANT**
TWIN CITY FIRE INSURANCE COMPANY

Address
ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201

Active Attorneys
Lead Attorney
KNIGHT, STEVEN J
Retained

# Events and Hearings

03/09/2023 NEW CASE FILED (OCA)

03/09/2023 ORIGINAL PETITION

ORIGINAL PETITION AND JURY DEMAND

   Comment
   ORIGINAL PETITION AND JURY DEMAND

03/09/2023 JURY DEMAND

ORIGINAL PETITION AND JURY DEMAND

EXHIBIT C

| 03/10/2023 ISSUE CITATION ▾ | |
|---|---|
| | |
| CITATION 2012 | |
| Comment | |
| ESERVE- ENV. #73561338 | |

| 03/10/2023 CITATION (SERVICE) ▾ |
|---|
| Served |
| 03/13/2023 |
| Anticipated Server |
| ATTORNEY |
| Anticipated Method |
| Actual Server |
| PRIVATE PROCESS SERVER |
| Returned |
| 03/14/2023 |
| Comment |
| TWIN CITY FIRE INSURANCE COMPANY |

| 03/14/2023 RETURN OF SERVICE ▾ |
|---|
| .TWIN CITY FIRE INSURANCE COMPANY |
| Comment |
| .TWIN CITY FIRE INSURANCE COMPANY |

| 04/03/2023 ORIGINAL ANSWER ▾ |
|---|
| ORIGINAL ANSWER |

# Documents

ORIGINAL PETITION AND JURY DEMAND

CITATION 2012

.TWIN CITY FIRE INSURANCE COMPANY

ORIGINAL ANSWER