# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Jeffrey W. Carpenter
Plaintiff

v.

3:23-cv-769
Civil Action No.

Twin City Fire Insurance Company
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Twin City Fire Insurance Company

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Twin City Fire Insurance Company is wholly owned by Hartford Fire Insurance Company. Hartford Fire Insurance Company is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc. To the best of our knowledge, no publicly traded company owns more than 10% of stock of The Hartford Financial Service's Group, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Jeffrey W. Carpenter, Twin City Fire Insurance Company.


EXHIBIT D

| | |
|---|---|
| Date: | April 11, 2023 |
| Signature: | Christine Kirchner |
| Print Name: | Christine Kirchner |
| Bar Number: | 24012975 |
| Address: | 1200 Smith Street, Suite 1400 |
| City, State, Zip: | Houston, Texas 77002 |
| Telephone: | 713-658-1818 |
| Fax: | 713-658-2553 |
| E-Mail: | c.kirchner@chamberlainlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.