CIVIL ACTION NO. 3:23-CV-00769-N

# In the United States District Court
# Northern District of Texas - Dallas Division

JEFFREY W. CARPENTER,

*Plaintiff*,

v.

TWIN CITY FIRE INSURANCE COMPANY,

*Defendant*.

**TWIN CITY FIRE INSURANCE COMPANY'S MOTION TO DISMISS UNDER RULE 12(b)(1) AND RULE 12(C)**

Twin City Fire Insurance Company ("Twin City") files this Motion to Dismiss Jeffrey Carpenter's claim for punitive damages under Rule 12(b)(1) of the Federal Rules of Civil Procedure. Carpenter lacks standing to assert this claim because claims for punitive damages are not transferrable under Texas Law.

Twin City also files this Motion to Dismiss Carpenter's claim for equitable and injunctive relief under Rule 12(c) and Rule 12(b)(1). No law enables Carpenter, who is not Twin City's insured, to use the court system to require Twin City to alter its business practices. Carpenter's claim is not cognizable and his pleadings rule out any chance of satisfying the elements of a claim for injunctive relief.

These grounds for dismissal are set forth in Twin City's contemporaneously filed brief in support of its motion to dismiss.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

By: ___/s/ Steven J. Knight___
    CHRISTINE KIRCHNER
    State Bar No. 00784403
    c.kirchner@chamberlainlaw.com
    STEVEN J. KNIGHT
    State Bar No. 24012975
    steven.knight@chamberlainlaw.co
    CHRIS M. LEMONS
    State Bar No. 24094799
    chris.lemons@chamberlainlaw.co
    m 1200 Smith Street, Suite 1400
    Houston, Texas 77002
    (713) 658-1818

COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY

    MICHAEL W. JOHNSTON
    State Bar No. 10840300
    johnston@johnstonlegalgroup.com
    JOHNSTON LEGAL GROUP P.C.
    1616 Wabash Avenue
    Fort Worth, Texas 76107-6598
    (817) 820-0825

LOCAL COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via the court's electronic filing system on September 27, 2023.

          ___/s/ Steven J. Knight___
          STEVEN J. KNIGHT