CIVIL ACTION NO. 3:23-CV-00769-N

# In the United States District Court
# Northern District of Texas - Dallas Division

JEFFREY W. CARPENTER,

*Plaintiff*,

v.

TWIN CITY FIRE INSURANCE COMPANY,

*Defendant*.

**TWIN CITY FIRE INSURANCE COMPANY'S MOTION FOR PROTECTION**

In his second request for production, Carpenter seeks documents that are neither relevant nor proportional to the needs of this case. Twin City files this motion for protection.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.

By:  */s/ Steven J. Knight*
CHRISTINE KIRCHNER
State Bar No. 00784403
c.kirchner@chamberlainlaw.com
STEVEN J. KNIGHT
State Bar No. 24012975
steven.knight@chamberlainlaw.com
CHRIS M. LEMONS
State Bar No. 24094799
chris.lemons@chamberlainlaw.com
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 658-1818

COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY

MICHAEL W. JOHNSTON<br>
State Bar No. 10840300<br>
johnston@johnstonlegalgroup.com<br>
JOHNSTON LEGAL GROUP P.C.<br>
1616 Wabash Avenue<br>
Fort Worth, Texas 76107-6598<br>
(817) 820-0825

LOCAL COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY

## CERTIFICATE OF CONFERENCE

I certify that I conferred with plaintiff's counsel regarding the relief requested herein, and plaintiff's counsel informed me that plaintiff is opposed.

      */s/ Steven J. Knight*
STEVEN J. KNIGHT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record via the court's electronic filing system on October 3, 2023.

      */s/ Steven J. Knight*
STEVEN J. KNIGHT