UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jeffrey W. Carpenter, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Cause No. 3:23-CV-00769-N |
| Twin City Fire Insurance Company, | § § § | |
| *Defendant*. | § | |

### TWIN CITY FIRE INSURANCE COMPANY'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO
### FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Twin City Fire Insurance Company's reply in support of its motion to dismiss (Doc. Nos. 34 and 35) is currently due on November 2, 2023. Twin City respectfully requests a ten-day extension, rendering the reply brief due on Monday, November 13, 2023.

Twin City's counsel, the undersigned, needs additional time to prepare the reply due to a surgical procedure that took place on October 27, 2023, with follow up appointments on November 2 and 3. An extension is also requested due to counsel's involvement in the following matters:

- Preparing reply brief, filed October 18, 2023, in *ESL v. Chamberlain, Hrdlicka, White, Williams, & Aughtry*, No. 01-23-00106-CV, in the First Court of Appeals, Houston, Texas.

- Preparing appellant's reply brief originally due October 16, 2023, but extended to October 26, 2023, in *UATP IP, LLC, et al. v. Kangaroo, LLC*, No. 2022-2047, in the U.S. Court of Appeals for the Federal Circuit.

- Preparing appellant's brief, currently due on November 1, 2023, in *MKM Engineers, Inc. et al. v. Guzder*, No. 14-23-0016-CV, in the Fourteenth Court of Appeals.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

By: ___/s/ Steven J. Knight___
    CHRISTINE KIRCHNER
    State Bar No. 00784403
    c.kirchner@chamberlainlaw.com
    STEVEN J. KNIGHT
    State Bar No. 24012975
    steven.knight@chamberlainlaw.co
    CHRIS M. LEMONS
    State Bar No. 24094799
    chris.lemons@chamberlainlaw.com
    1200 Smith Street, Suite 1400
    Houston, Texas 77002
    (713) 658-1818

COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY

    MICHAEL W. JOHNSTON
    State Bar No. 10840300
    johnston@johnstonlegalgroup.com
    JOHNSTON LEGAL GROUP P.C.
    1616 Wabash Avenue
    Fort Worth, Texas 76107-6598
    (817) 820-0825

LOCAL COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY

## CERTIFICATE OF CONFERENCE

    I conferred with plaintiff's counsel concerning the relief requested in this motion, and counsel informed me that plaintiff is unopposed.

        ___/s/ Steven J. Knight___
        STEVEN J. KNIGHT

## CERTIFICATE OF SERVICE

      A true and corrected copy of the foregoing was served on all counsel of record via the court's e-filing system on November 1, 2023.

                                          */s/ Steven J. Knight*
                                         STEVEN J. KNIGHT