UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jeffrey W. Carpenter, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Cause No. 3:23-CV-00769-N |
| | § | |
| Twin City Fire Insurance Company, | § | |
| | § | |
| *Defendant*. | § | |

**TWIN CITY FIRE INSURANCE COMPANY'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE REPLY IN SUPPORT OF ITS MOTION FOR PROTECTION**

Twin City Fire Insurance Company's reply in support of its motion to for protection (Doc. Nos. 36 and 37) is currently due on November 7, 2023. Twin City respectfully requests a seven-day extension, rendering the reply brief due on Tuesday, November 14, 2023.

Twin City's counsel, the undersigned, needs additional time to prepare the reply due to a surgical procedure that took place on October 27, 2023, with follow up appointments on November 2 and 3, and on-going recovery.

An extension is also requested because the Firm is currently in the process of moving offices from the 25th and 26th floors of Two Allen Center in Houston to the 13th and 14th floors, necessitating the dismantling of files and computer equipment.

Further, an extension is requested due to counsel's counsel's involvement in the following matters:

- Preparing briefing concerning a contentious supersedeas bond challenge due on November 8, 2023, and appellant's brief, originally due on November 1, 2023, but currently due on December 1, 2023, in *MKM Engineers, Inc. et al. v. Guzder*, No. 14-23-0016-CV, in the Fourteenth Court of Appeals.

- Preparing petitioner's reply brief in support of petition for review in *Esther Akindayomi, et al. v. Rio Grande Regional Hospital, Inc.*, No. 22-0760, in the Texas Supreme Court.

- Ongoing review of a lengthy appellate record in an appeal following a jury trial in in *Monique Mandell v. Fatima Breland*, No. 14-23-00440-CV, and preparation for oral argument in a related mandamus proceeding, *In re Mandell*, No. 14-23-00727-CV, scheduled for November 14, 2023.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.

By: */s/ Steven J. Knight*
    CHRISTINE KIRCHNER
    State Bar No. 00784403
    c.kirchner@chamberlainlaw.com
    STEVEN J. KNIGHT
    State Bar No. 24012975
    steven.knight@chamberlainlaw.com
    CHRIS M. LEMONS
    State Bar No. 24094799
    chris.lemons@chamberlainlaw.com
    1200 Smith Street, Suite 1400
    Houston, Texas 77002
    (713) 658-1818

COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY

    MICHAEL W. JOHNSTON
    State Bar No. 10840300
    johnston@johnstonlegalgroup.com
    JOHNSTON LEGAL GROUP P.C.
    1616 Wabash Avenue
    Fort Worth, Texas 76107-6598
    (817) 820-0825

LOCAL COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY

**CERTIFICATE OF CONFERENCE**

I conferred with plaintiff's counsel concerning the relief requested in this motion, and counsel informed me that plaintiff is unopposed.

            */s/ Steven J. Knight*
            STEVEN J. KNIGHT

**CERTIFICATE OF SERVICE**

A true and corrected copy of the foregoing was served on all counsel of record via the court's e-filing system on November 7, 2023.

            */s/ Steven J. Knight*
            STEVEN J. KNIGHT