IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Jeffrey W. Carpenter, § § *Plaintiff*, § § v. § § Twin City Fire Insurance Company, § § *Defendant*. § § § | Civil Action No. 3:23-CV-00769-N<br><br>Jury Demand |

## PLAINTIFF JEFF CARPENTER'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Jeff Carpenter moves for summary judgment on the only claim at issue in this lawsuit. Pursuant to Local Rule 56.3(b), his supporting brief sets forth each of the matters that Local Rule 56.3(a) requires. This motion is supported by the contemporaneously filed (1) Brief in Support of Plaintiff Jeff Carpenter's Motion for Summary Judgment and (2) Appendix in Support of Plaintiff Jeff Carpenter's Motion for Summary Judgment.

As permitted under the Scheduling Order [ECF No. 10], the parties agreed in writing to extend the deadline for filing this motion.

Respectfully submitted,

*/s/ Amy Gibson*
_____

Amy E. Gibson
Texas Bar No. 00793801
amy@gwfirm.com

David L. Wiley
Texas Bar No. 24029901
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201
T: (214) 522-2121
F: (214) 522-2126

*Attorneys for Jeff Carpenter*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on July 12, 2024, she filed *Plaintiff Jeff Carpenter's Motion for Summary Judgment* with the United States District Court for the Northern District of Texas through the CM/ECF system, such that defendant should be served with a copy of the filed document as follows:

**VIA CM/ECF SYSTEM**

Ms. Christine Kirchner
c.kirchner@chamberlainlaw.com
Mr. Steven J. Knight
steven.knight@chamberlainlaw.com
Mr. Chris M. Lemons
chris.lemons@chamberlainlaw.com

Chamberlain Hrdlicka, White, Williams & Aughtry
1200 Smith Street #1400
Houston, Texas 77002

*Attorneys for Twin City Fire Insurance Company*

Mr. Michael W. Johnston
johnston@johnstonlegalgroup.com

Johnston Legal Group PC
1616 Wabash Avenue
Fort Worth, Texas 76107-6598

*Local Counsel for Twin City Fire Insurance Company*

*/s/ Amy Gibson*

Amy E. Gibson