IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jeffrey W. Carpenter, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § § § § § | Civil Action No. 3:23-CV-00769-N |
| Twin City Fire Insurance Company, | | |
| | | Jury Demand |
| *Defendant*. | | |

# NOTICE OF PROCEDURAL STATUS AND AGREED EXTENSION OF DISPOSITIVE MOTIONS DEADLINE

As permitted under the Court's Scheduling Order [ECF No. 10], the parties agreed in writing to extend the deadline to file dispositive motions through and including July 12, 2024.

This is a *Stowers* case. Plaintiff Jeff Carpenter filed a motion for summary judgment, supporting brief, and supporting appendix on July 12, 2024. The motion addresses on the only remaining *Stowers* element to be decided — policy coverage. Defendant Twin City has admitted liability on all *Stowers* elements other than policy coverage [ECF Doc. 54].

Consistent with the parties' stipulation [ECF Doc 54], the parties believe the motion will resolve the case at the trial court level. So, pursuant to the same stipulation, the parties' plan to

jointly file a motion to stay remaining deadlines to give the Court time to consider and rule on the summary judgment motion.

Respectfully submitted,

*/s/ Amy Gibson*
_____

Amy E. Gibson
Texas Bar No. 00793801
amy@gwfirm.com

David L. Wiley
Texas Bar No. 24029901
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201
T: (214) 522-2121
F: (214) 522-2126

*Attorneys for Jeff Carpenter*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on July 15, 2024, she filed the *Notice of Procedural Status and Agreed Extension of Dispositive Motions Deadline* with the United States District Court for the Northern District of Texas through the CM/ECF system, such that defendant should be served with a copy of the filed document as follows:

**<u>VIA CM/ECF SYSTEM</u>**

Ms. Christine Kirchner
c.kirchner@chamberlainlaw.com
Mr. Steven J. Knight
steven.knight@chamberlainlaw.com
Mr. Chris M. Lemons
chris.lemons@chamberlainlaw.com

Chamberlain Hrdlicka, White, Williams & Aughtry
1200 Smith Street #1400
Houston, Texas 77002

*Attorneys for Twin City Fire Insurance Company*

Mr. Michael W. Johnston
johnston@johnstonlegalgroup.com

Johnston Legal Group PC
1616 Wabash Avenue
Fort Worth, Texas 76107-6598

*Local Counsel for Twin City Fire Insurance Company*

/s/ Amy Gibson
_____
Amy E. Gibson