IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jeffrey W. Carpenter, | § | |
| | § | |
|    *Plaintiff*, | § | |
| | § | |
| *v.* | § | |
| | § | Civil Action No. 3:23-CV-00769-N |
| Twin City Fire Insurance Company, | § | |
| | § | Jury Demand |
|    *Defendant*. | § | |

**JOINT AGREED MOTION FOR TELEPHONE STATUS CONFERENCE TO DISCUSS POTENTIAL STAY AND BRIEFING SCHEDULE**

    Plaintiff Jeff Carpenter and Defendant Twin City Fire Insurance Company, through undersigned counsel, respectfully request a telephone status conference with the Court to discuss (1) a potential stay of deadlines and removal of jury trial setting, and (2) setting a briefing schedule on Plaintiff Jeff Carpenter's Motion for Summary Judgment [ECF No. 55]. The parties would like guidance on how the Court would prefer those issues be handled.

    This is a *Stowers* case. Twin City has admitted liability on all *Stowers* elements other than policy coverage. Given the Court's prior rulings in connection with denial of Twin City's summary judgment motion on policy coverage, the parties believe Carpenter's pending summary judgment motion on policy coverage will likely resolve the case at the trial court level without the need for a jury trial.

For these reasons, counsel for the parties respectfully request a telephone status conference with the Court.

Respectfully submitted,

| */s/ David L. Wiley* | */s/ Steven J. Knight (by DLW w/ permission)* |
|---|---|
| Ms. Amy E. Gibson<br>Texas Bar No. 00793801<br>amy@gwfirm.com | Ms. Christine Kirchner<br>Texas Bar No. 00784403<br>c.kirchner@chamberlainlaw.com |
| Mr. David L. Wiley<br>Texas Bar No. 24029901<br>david@gwfirm.com | Mr. Steven J. Knight<br>Texas Bar No. 24012975<br>steven.knight@chamberlainlaw.com |
| Gibson Wiley PLLC<br>1500 Jackson Street #109<br>Dallas, Texas 75201-4923<br>T: (214) 522-2121<br>F: (214) 522-2126 | Mr. Chris Lemons<br>Texas Bar No. 24094799<br>Chris.lemons@chamberlainlaw.com |
| *Attorneys for Jeff Carpenter* | Chamberlain Hrdlicka, White,<br>   Williams & Aughtry<br>1200 Smith Street #1400<br>Houston, Texas 77002<br>T: (713) 658-1818 |
| | *Attorneys for Twin City Fire Insurance Company* |