IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jeffrey W. Carpenter, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| *v.* | § | |
| | § | Civil Action No. 3:23-CV-00769-N |
| Twin City Fire Insurance Company, | § | |
| | § | Jury Demand |
| *Defendant*. | § | |

---

**AGREED ORDER STAYING CASE AND SETTING BRIEFING SCHEDULE**

---

On July 31, 2024 at the parties' request, the Court held a telephone status conference. The parties requested that this case be stayed pending the Court's ruling on Plaintiff Jeff Carpenter's Motion for Summary Judgment [ECF No. 55]. Defendant Twin City Fire Insurance Company requested until the end of October 2024 to file its response to that motion. Plaintiff Jeff Carpenter does not oppose that request. The Court advised the parties to submit a proposed agreed order staying the case and outlining their proposed briefing schedule for Plaintiff Jeff Carpenter's Motion for Summary Judgment [ECF No. 55]. Having considered the parties' proposed agreed order, the Court hereby ORDERS as follows:

1.      This case is **stayed** pending the Court's ruling on Plaintiff Jeff Carpenter's Motion for Summary Judgment [ECF No. 55].

2.      Defendant Twin City Fire Insurance Company may file a response, supporting brief, and any supporting appendix, in opposition to Plaintiff Jeff Carpenter's Motion for Summary Judgment, on or before Thursday, October 31, 2024. Plaintiff Jeff Carpenter may file a reply brief on or before Tuesday, November 19, 2024. The parties may by written agreement alter the deadlines in this paragraph, without the need for court order. The parties shall file a notice of any such agreed extension.

Signed August 12, 2024.

David C. Godbey
Chief United States District Judge