CIVIL ACTION NO. 3:23-CV-00769-N

# In the United States District Court Northern District of Texas Dallas Division

JEFFREY CARPENTER,

*Plaintiff,*

v.

TWIN CITY FIRE INSURANCE COMPANY,

*Defendant.*

**TWIN CITY INSURANCE COMPANY'S RESPONSE TO CARPENTER'S MOTION FOR SUMMARY JUDGMENT**

Twin City Fire Insurance Company files this response to Carpenter's motion for summary judgment and, contemporaneously, its brief and appendix in support thereof. Pursuant to Northern District of Texas Local Rule 56.4, each of the required matters under Rule 56.5 will be set forth in Twin City's brief. For the reasons explained in greater detail in Twin City's brief, Twin City requests the Court to deny Carpenter's motion, reconsider the Court's previous ruling on Twin City's motion for summary judgment, and dismiss Jeff Carpenter's claims with prejudice.

Respectfully submitted,

By: ___*/s/ Steven J. Knight*___
    CHRISTINE KIRCHNER
    State Bar No. 00784403
    c.kirchner@chamberlainlaw.com
    STEVEN J. KNIGHT
    State Bar No. 24012975
    steven.knight@chamberlainlaw.com
    CHRIS M. LEMONS
    State Bar No. 24094799
    chris.lemons@chamberlainlaw.com
    CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & AUGHTRY, P.C.
    1200 Smith Street, Suite 1400
    Houston, Texas 77002
    (713) 658-1818

COUNSEL FOR TWIN CITY

    MICHAEL W. JOHNSTON
    State Bar No. 10840300
    johnston@johnstonlegalgroup.com
    JOHNSTON LEGAL GROUP P.C.
    1616 Wabash Avenue
    Fort Worth, Texas 76107-6598
    (817) 820-0825

LOCAL COUNSEL FOR TWIN CITY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record by electronic service on October 31, 2024.

      ___*/s/ Steven J. Knight*___
      STEVEN J. KNIGHT