IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFFREY W. CARPENTER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:23-CV-00769-N |
| § | |
| TWIN CITY FIRE INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

### DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S PROPOSED FINAL JUDGMENT

Defendant Twin City Fire Insurance Company files its proposed Final Judgment. On May 6, 2025, Plaintiff Jeffrey Carpenter forwarded his proposed Final Judgment to Twin City. (*See* Ex. 1.) Carpenter's proposed Final Judgment offered to have federal post-judgment interest apply only to the conditional appellate fees portion of the underlying state court judgment. (*See id.*) The offer was not withdrawn. On May 13, 2025, Twin City's counsel, Steven Knight, accepted Carpenter's offer. (*See* Ex. 2.) Further, Carpenter cannot recover an amount greater than the state court judgment in a *Stowers* case. His recovery is capped by the state court judgment amount.

Twin City is attaching Carpenter's proposed May 6, 2025 Final Judgment as Exhibit 1. Twin City is also attaching the email where Twin City's counsel accepted Carpenter's offer to apply the federal statute to the conditional appellate fees as Exhibit 2.

Twin City respectfully requests the Court to execute Twin City's proposed Final Judgment.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.


By: */s/ Steven J. Knight*
   CHRISTINE KIRCHNER
   State Bar No. 00784403
   c.kirchner@chamberlainlaw.com
   STEVEN J. KNIGHT
   State Bar No. 24012975
   steven.knight@chamberlainlaw.com
   CHRIS M. LEMONS
   State Bar No. 24094799
   chris.lemons@chamberlainlaw.com
   CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & AUGHTRY, P.C.
   1200 Smith Street, Suite 1400
   Houston, Texas 77002
   (713) 658-1818

COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY


   MICHAEL W. JOHNSTON
   State Bar No. 10840300
   johnston@johnstonlegalgroup.com
   JOHNSTON LEGAL GROUP P.C.
   1616 Wabash Avenue
   Fort Worth, Texas 76107-6598
   (817) 820-0825

LOCAL COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via facsimile, hand delivery, electronic mail, and/or certified mail on May 13, 2025 as follows:

Amy E. Gibson
amy@gwfirm.com
David L. Wiley
david@gwfirm.com
**GIBSON WILEY PLLC**
1500 Jackson Street # 109
Dallas, Texas 75201

                                                    */s/ Steven J. Knight*
                                                    Steven J. Knight