**Hunt, Liane W.**

| | |
|---|---|
| **From:** | Knight, Steven J. |
| **Sent:** | Tuesday, May 13, 2025 7:00 PM |
| **To:** | Amy Gibson |
| **Cc:** | David Wiley; Kirchner, Christine; Douthit, Jared; Lemons, Chris M. |
| **Subject:** | Re: Carpenter - Proposed Final Judgment  4_29_2025(32439948.1) |
| **Attachments:** | image001.jpg; image002.jpg |

Since the offer to apply the federal statute to the conditional appellate fees only was not withdrawn - it is open - and it is accepted.  Thank you.

Sent from my iPhone

> On May 7, 2025, at 5:03 PM, Amy Gibson <amy@gwfirm.com> wrote:
>
> **[CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.**
>
> 28 USC 1961(a): "Interest *shall* be allowed on *any money judgment* in a civil case recovered in a district court…."
>
> While we did not seek or receive post-judgment interest in *state court* running from each piece of the conditional appellate fees as each piece was completed, we can start federal post-judgment interest on anything not already accruing interest … from the time the federal court issues *its* judgment.
>
> Amy Gibson
> Gibson Wiley PLLC
> T: (214) 522-2121
> F: (214) 522-2126
> M: (214) 417-9233
> E: amy@gwfirm.com

1

**EXHIBIT 2**



**From:** Knight, Steven J. <Steven.Knight@CHAMBERLAINLAW.COM>
**Date:** Wednesday, May 7, 2025 at 3:16 PM
**To:** Amy Gibson <amy@gwfirm.com>, David Wiley <david@gwfirm.com>
**Cc:** Kirchner, Christine <c.kirchner@chamberlainlaw.com>, Douthit, Jared <Jared.Douthit@chamberlainlaw.com>, Lemons, Chris M. <Chris.Lemons@chamberlainlaw.com>
**Subject:** RE: Carpenter - Proposed Final Judgment 4_29_2025(32439948.1)

Thank you for clarifying. Can you send me some authority that supports including that?

**From:** Amy Gibson <amy@gwfirm.com>
**Sent:** Wednesday, May 7, 2025 3:14 PM
**To:** Knight, Steven J. <Steven.Knight@CHAMBERLAINLAW.COM>; David Wiley <david@gwfirm.com>
**Cc:** Kirchner, Christine <c.kirchner@chamberlainlaw.com>; Douthit, Jared <Jared.Douthit@chamberlainlaw.com>; Lemons, Chris M. <Chris.Lemons@chamberlainlaw.com>
**Subject:** Re: Carpenter - Proposed Final Judgment 4_29_2025(32439948.1)

**[CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.**

Steve,

That is federal post-judgment interest on the conditional appellate fees. And we do not agree to change that one.

Amy Gibson
Gibson Wiley PLLC
T: (214) 522-2121
F: (214) 522-2126
M: (214) 417-9233
E: amy@gwfirm.com

**From:** Knight, Steven J. <Steven.Knight@CHAMBERLAINLAW.COM>
**Date:** Wednesday, May 7, 2025 at 2:33 PM
**To:** David Wiley <david@gwfirm.com>, Amy Gibson <amy@gwfirm.com>
**Cc:** Kirchner, Christine <c.kirchner@chamberlainlaw.com>, Douthit, Jared <Jared.Douthit@chamberlainlaw.com>, Lemons, Chris M. <Chris.Lemons@chamberlainlaw.com>
**Subject:** RE: Carpenter - Proposed Final Judgment 4_29_2025(32439948.1)

David and Amy,

I am waiting to hear from my client about proceeding with your draft – with one exception. The Prior Judgment does not award post-judgment interest on the condition appellate fees. I would direct you to the language in paragraph e on page 5 of 7, limiting the post-judgment interest award to "the amounts above," which only include the actual damages, the pre-judgment interest award, attorneys' fees "through the day before the date of this Judgment," and costs of court. Based on that, are you willing to item g on your proposed final judgment?


**Steven Knight**
**Shareholder**

T 713.658.1818 | D 713.654.9603 | F 713.658.2553
1200 Smith Street, Suite 1400, Houston, TX 77002
steven.knight@chamberlainlaw.com
Website Bio | Connect on LinkedIn | vCard

--

**Confidentiality Notice:** This electronic transmission and any attachments contain information which may be legally privileged and is intended only for the named recipient(s). If you have received this communication in error, please immediately and delete it from your device and destroy all copies of it. Any disclosure, copying, distribution, use or the concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.


**From:** David Wiley <david@gwfirm.com>
**Sent:** Tuesday, May 6, 2025 11:34 AM
**To:** Amy Gibson <amy@gwfirm.com>
**Cc:** Knight, Steven J. <Steven.Knight@CHAMBERLAINLAW.COM>; Kirchner, Christine <c.kirchner@chamberlainlaw.com>; Douthit, Jared <Jared.Douthit@chamberlainlaw.com>; Lemons, Chris M. <Chris.Lemons@chamberlainlaw.com>
**Subject:** Re: Carpenter - Proposed Final Judgment 4_29_2025(32439948.1)

**[CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.**

Steven,

Attached is our draft.

David L. Wiley
Gibson Wiley PLLC
t: (214) 522-2121
f: (214) 522-2126
m: (214) 336-4276
e: david@gwfirm.com

> On May 6, 2025, at 10:27 AM, Amy Gibson <amy@gwfirm.com> wrote:
>
> Steve,
>
> We should have a draft to you today.
>
> Amy Gibson
> Gibson Wiley PLLC
> T: (214) 522-2121
> F: (214) 522-2126
> M: (214) 417-9233
> E: amy@gwfirm.com
>
> <image001.jpg>
>
> **From:** Knight, Steven J. <Steven.Knight@CHAMBERLAINLAW.COM>
> **Date:** Tuesday, May 6, 2025 at 9:16 AM
> **To:** David Wiley <david@gwfirm.com>
> **Cc:** Amy Gibson <amy@gwfirm.com>, Kirchner, Christine <c.kirchner@chamberlainlaw.com>, Douthit, Jared <Jared.Douthit@chamberlainlaw.com>, Lemons, Chris M. <Chris.Lemons@chamberlainlaw.com>
> **Subject:** RE: Carpenter - Proposed Final Judgment 4_29_2025(32439948.1)
>
> Hi David. Just following up on this. How do things stand on your end?
>
> **From:** David Wiley <david@gwfirm.com>
> **Sent:** Tuesday, April 29, 2025 3:31 PM

**To:** Knight, Steven J. <Steven.Knight@CHAMBERLAINLAW.COM>
**Cc:** Amy Gibson <amy@gwfirm.com>; Kirchner, Christine <c.kirchner@chamberlainlaw.com>; Douthit, Jared <Jared.Douthit@chamberlainlaw.com>; Lemons, Chris M. <Chris.Lemons@chamberlainlaw.com>
**Subject:** Re: Carpenter - Proposed Final Judgment 4_29_2025(32439948.1)

**[CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.**

Thanks, Steven. And for your congratulations before.

We will take a look and plan to get back with you soon about this.

David L. Wiley
Gibson Wiley PLLC
t:  (214) 522-2121
f:  (214) 522-2126
m:  (214) 336-4276
e: david@gwfirm.com

On Apr 29, 2025, at 2:55 PM, Knight, Steven J. <Steven.Knight@CHAMBERLAINLAW.COM> wrote:

Amy and David,

Pursuant to the court's recent order, we took the liberty of drafting the parties' proposed final judgment. This, of course, is submitted to you under protest since we do not agree with the judgment and intend to appeal it.  Regardless, please let me know if this is approved on your end.

Best,

SJK

**Steven Knight**
**Shareholder**

T 713.658.1818 | D 713.654.9603 | F 713.658.2553
1200 Smith Street, Suite 1400, Houston, TX 77002
steven.knight@chamberlainlaw.com
Website Bio | Connect on LinkedIn | vCard

5

**Confidentiality Notice:** This electronic transmission and any attachments contain information which privileged and is intended only for the named recipient(s). If you have received this communication immediately and delete it from your device and destroy all copies of it. Any disclosure, copying, distrib concerning the contents of this communication by anyone other than the named recipient(s) is strictly pr

<Carpenter - Proposed Final Judgment  4_29_2025(32439948.1).docx>