IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY W. CARPENTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-00769-N |
| | § | |
| TWIN CITY FIRE INSURANCE CO., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

By separate Memorandum Opinion and Order dated Feb. 2, 2024, the Court granted Defendant Twin City Fire Insurance Co.'s ("Twin City") partial motion to dismiss and dismissed Plaintiff Jeffrey W. Carpenter's claims for punitive damages and injunctive relief with prejudice. By further Memorandum Opinion and Order dated Apr. 22, 2025, the Court granted Carpenter's motion for summary judgment on his remaining *Stowers* claim. It is, therefore, ordered that Carpenter take nothing on his claims for punitive damages and injunctive relief. It is further ordered that:

1. Twin City is jointly and severally liable with Brian Potashnik, Southwest Housing Development Company, Inc., Southwest Housing Management Corporation, Inc. a/k/a and d/b/a Southwest Housing Management Company, Inc., and Affordable Housing Construction, Inc., for payment of the underlying state court judgment [ECF No. 54, pp. 5–12, PageID 3531–38] ("Prior Judgment") to Carpenter.

2. Specifically, Carpenter shall have and recover from Twin City:

    a.  $928,020.76, which was the amount of actual damages in the Prior Judgment;

    b.  prejudgment interest on that $928,020.76 at the rate of 5.25% per annum simple interest from March 11, 2008, through December 16, 2018 [through the day before the date of the Prior Judgment];

    c.  $820,818.00, which was the amount of reasonable attorneys' fees in the Prior Judgment through December 16, 2018 [through the day before the date of the Prior Judgment];

    d.  costs of court granted in the Prior Judgment;

    e.  postjudgment interest on all the above amounts (a)–(d) at the rate of 5.25% per annum, compounded annually, from December 17, 2018 [the date of the Prior Judgment];

        (1)  through March 18, 2021, which is the day before the supersedeas bond amount of $214,625.00 was paid on March 19, 2021;

        (2)  and continuing starting March 19, 2021, on the unpaid remainder after credit for the bond amount until the date the Prior Judgment is satisfied; and

    f.  $128,700.00, representing the amount of then-conditional reasonable appellate attorneys' fees granted in the Prior Judgment and that were since earned.

3.  Carpenter shall also have and recover from Twin City:

    a.  costs of court for proceedings in this federal action; and

    b.  postjudgment interest on all the above amounts 2(a)–(f) and 3(a), at the rate of 4.12% per annum, compounded annually from the date of this final judgment until paid in full.

All relief not expressly granted is denied.  This is a final judgment.

FINAL JUDGMENT – PAGE 2

Signed May 27, 2025.

_____
David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – PAGE 3