IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY W. CARPENTER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No.: 3:23-CV-00769-N |
| | § | |
| TWIN CITY FIRE INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

## DEFENDANT'S NOTICE OF APPEAL

TO THE UNITED STATES DISTRICT COURT:

Defendant Twin City Fire Insurance Company gives notice that it appeals to the United States Court of Appeals for the Fifth Circuit the following orders of the District Court: (i) Memorandum Opinion and Order entered on March 5, 2024, denying Twin City's motion for summary judgment (Doc. No. 51); (ii) Memorandum Opinion and Order entered on April 22, 2025, granting Plaintiff Jeffrey Carpenter's cross-motion for summary judgment (Doc. No. 67); (iii) Order entered on May 27, 2025 (Doc. No. 73); and (iv) Final Judgment entered on May 27, 2025 (Doc. No. 74).

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.

By: */s/ Steven J. Knight*
    STEVEN J. KNIGHT
    Texas Bar No. 24012975
    steven.knight@chamberlainlaw.com
    1200 Smith Street, Suite 1400
    Houston, Texas 77002
    (713) 654-9603

*Counsel for Twin City Fire Insurance Company*

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing notice of appeal has been served upon all counsel of record via the Court's electronic service system on May 29, 2025.

    */s/ Steven J. Knight*
    STEVEN J. KNIGHT