IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFFREY W. CARPENTER, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No.: 3:23-CV-00769-N |
| § | |
| TWIN CITY FIRE INSURANCE § | |
| COMPANY, § | |
| § | |
| *Defendant.* § | |

## ORDER APPROVING JUDGMENT SECURING AND GRANTING STAY

Defendant's Unopposed Motion to Approve Judgment Security is **GRANTED**. The bond attached as Exhibit A to Defendant's motion is **APPROVED**. Enforcement of the Final Judgment, ECF No. 74 is **STAYED** pursuant to Rule 62 of the Federal Rules of Civil Procedure pending the completion of the appeal.

SIGNED this 25th day of July, 2025.

David C. Godbey
Chief United States District Judge