# Appeal Bond

Hartford Fire Insurance Company
One Hartford Plaza, T-12, Hartford, CT 06155

**Jeffrey W Carpenter**
Plaintiff

vs.

Defendants/Third-Party Plaintiffs,
vs.

**Twin City Fire Insurance Co**
Third Party Defendants.

Bond No. **41BSBJJ7694**

Index or
Cause No. **3:23-CV-00769-N**

KNOW ALL MEN BY THESE PRESENTS, that we **Twin City Fire Insurance Co**, as Principal, and **Hartford Fire Insurance Company**, a corporation organized under the laws of the State of Connecticut and authorized to do business in the State of **Texas**, as Surety, are held and firmly bound unto **Federal District Court, Northern District of Texas, Dallas Division**, as Obligee, in the maximum penal sum of **3,292,922.44** Dollars ($), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has appealed to the **Federal District Court, Northern District of Texas, Dallas Division** from a judgment entered on the **27th** day of **May**, **2025**.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full, force and effect.

PROVIDED, however, that in no event shall the surety's liability exceed the penal sum of this bond.

SIGNED, SEALED AND DATED this **8th** day of **July**, **2025**.

By: _____
Twin City Fire Insurance Co, Principal

Hartford Fire Insurance Company

By: _____*signature*_____
Joelle L LaPierre, Attorney-in-Fact

S-5347 (12-99)

# POWER OF ATTORNEY

Direct Inquiries, Bond Authenticity and Claims to:
**THE HARTFORD**
BOND, T-14
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
call: **888-266-3488** or fax: 860-757-5835

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

**Agency Name:** HTFD INS GRP-DIRECT ACCT
**Agency Code:** 41-728910

- [ ] **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut
- [X] **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana
- [ ] **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut
- [ ] **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint

Joelle L LaPierre
of Lake Mary, Florida,

its true and lawful Attorney-in-Fact, to sign its name as surety(ies) only as delineated above by, and to execute, seal and acknowledge the following bond, undertaking, contract or written instrument:

Bond No. 41BSBJJ7694

Naming Twin City Fire Insurance Company as Principal,
and Federal District Court as Obligee,

in the amount of See Bond Form(s) on behalf of Company in its business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

   **In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

   

Phyllis A. Clark, Assistant Secretary

Joelle L. LaPierre, Assistant Vice President

**STATE OF FLORIDA** } ss. Lake Mary
**COUNTY OF SEMINOLE**

   On this 1st day of March, 2024, before me personally came Joelle L. LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.



Mariluz Arce
My Commission HH 287363
Expires July 13, 2026

   I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of July 8, 2025.

   Signed and sealed in Lake Mary, Florida.

   

Keith D. Dozois, Assistant Vice President

Revised: July 31, 2024