# United States Court of Appeals for the Fifth Circuit

————————

No. 25-10679

————————

United States Court of Appeals
Fifth Circuit

**FILED**

February 13, 2026

Lyle W. Cayce
Clerk

JEFFREY W. CARPENTER,

*Plaintiff—Appellee*,

*versus*

TWIN CITY FIRE INSURANCE COMPANY,

*Defendant—Appellant.*

————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-769

————————————————————————

ORDER:

IT IS ORDERED that Appellee's unopposed motion to substitute party Jeffrey W. Carpenter with Joshua M. Carpenter, Independent Executor for the Estate of Jeffrey W. Carpenter, is GRANTED.

*Leslie H. Southwick*

————————————————————————

LESLIE H. SOUTHWICK
*United States Circuit Judge*

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 13, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10679   Carpenter v. Twin City Fire
                 USDC No. 3:23-CV-769

Enclosed is an order entered in this case.

              Sincerely,

              LYLE W. CAYCE, Clerk

              By: _____
              Rebecca L. Jeanfreau, Deputy Clerk
              504-310-7645

Ms. Amy Foreman
Ms. Amy E. Gibson
Mr. Robert Stanford Harrell
Mr. Michael W. Johnston
Ms. Christine Kirchner
Mr. Steven Jon Knight
Ms. Karen S. Mitchell
Mr. David Linwayne Wiley

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

_____

Case No. 25-10679

_____

Joshua M. Carpenter, Independent Executor for the Estate of
Jeffrey W. Carpenter

Plaintiff - Appellee

v.

Twin City Fire Insurance Company,

Defendant - Appellant